435 A.2d 1327

Commonwealth ex rel. Saalfrank v. Saalfrank, Appellant.

Argued December 1, 1980.   Harold Diamond, for appellant;  Sidney Ginsberg, did not file a brief on behalf of appellee.

* President Judge Joseph F. O'Kicki, of the Court of Common Pleas of Cambria County, Pennsylvania, is sitting by designation.

660

Before SPAETH, BROSKY and HOFFMAN, JJ.

Order affirmed.